# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 11/15/2021 |
| Case: 21–05052 | Form ID: ODSCY | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Steven M. Olson    smo@smolsonlaw.com

TOTAL: 1