Form SUM

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:<br>Sean Killen Debtor(s)<br><br>Nathan DeSomber Plaintiff(s)<br>vs.<br>Sean Killen Defendant(s) | Bankruptcy Case No.: 21−51098<br>Chapter: 7<br><br><br>Adversary Proceeding No. 21−05052 |

**SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
IN AN ADVERSARY PROCEEDING**

   YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> **Mailing Address:**
> U.S. Bankruptcy Court
> 280 South First Street
> Room 3035
> San Jose, CA 95113

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Steven M. Olson
> Law Office of Steven M. Olson
> 50 Old Courthouse Square, Suite 401
> Santa Rosa, CA 95404−4924

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference in the adversary proceeding commenced by filing of the complaint will be held at the following time and place.

| | |
|---|---|
| **DATE:** February 7, 2022 | **TIME:** 10:00 AM |
| **LOCATION:** Via Tele/Videoconference, www.canb.uscourts.gov/calendars ||

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CANB.USCOURTS.GOV AND THE CLERK'S OFFICE.**



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Dated: 11/15/21

Linda Jerge
Deputy Clerk

# CERTIFICATE OF SERVICE

I, Steven M. Olson_____(name), certify that service of this summons and copy of the complaint was made November 20 2021_____(date) by:

☒ Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

    (see attachment 1)

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication:The defendant was served as follows:[Describe briefly]

☐ State Law:The defendant was served pursant to the laws of State of _____, as follows:[Describe briefly]

(See attachment 2 for other items included with summons and complaint)

If service was made by personal service,by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date November 20, 2021    Signature /S/ *Steven M. Olson*
    Print Name: Steven M. Olson
    Business Address: 50 Old Courthouse Square, Suite 401
    Santa Rosa, CA 95404

Attachment 1 to Certificate of Service:

Sean Killen
110 Belglen Way
Los Gatos, CA 95032

Geoff Wiggs, Esq.
Law Offices of Geoff Wiggs
1900 South Norfolk Street # 350
San Mateo, CA 94403

Attachment 2 to Certificate of Service:

Adversary Proceeding Cover Sheet
Order Re Initial Disclosures and Discovery Conference dated August 19, 2021
Notice to Plaintiff
Bankruptcy Dispute Resolution Program Information Sheet