GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor/Defendant
Sean Killen

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>    SEAN KILLEN,<br><br>               Debtor.<br><br>NATHAN DESOMBER,<br><br>               Plaintiff,<br><br>   v.<br><br>SEAN KILLEN,<br><br>               Defendant. | Case No. 21-51098<br><br>Adv. Case No.: 21-05052<br><br>Chapter 7<br><br>**ANSWER TO COMPLAINT TO EXCEPT DEBT FROM DISCHARGE** |

**DEFENDANT/DEBTOR'S ANSWER TO PLAINTIFF'S COMPLAINT TO EXCEPT**

**DEBT FROM DISCHARGE**

    Defendant/Debtor SEAN KILLEN, answers the Complaint to Except Debt From Discharge filed by Plaintiff NATHAN DESOMBER as follows:

1. Defendant admits the allegations in Paragraph 1.

2. Defendant denies the allegations in Paragraph 2. Defendant alleges Plaintiff is no longer a

    judgment creditor of the Defendant as Defendant's discharge was entered by the Court on

November 16, 2021 and Defendant avers that Debtor's debt to Plaintiff was discharged thereby.

3. Defendant admits the allegations in Paragraph 3.

4. Defendant admits the allegations in Paragraph 5.

5. Defendant admits the allegations in Paragraph 6.

6. Defendant admits the allegations in Paragraph 7.

7. Defendant admits the allegations in Paragraph 8.

8. Defendant denies the allegations in Paragraph 9.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
### (Laches)

As a first, separate, and affirmative defense to each and every cause of action alleged in the Complaint, Defendant alleges that each of those causes of action are barred by the equitable doctrine of laches due to Plaintiff's acts and/or omissions.

### SECOND AFFIRMATIVE DEFENSE
### (Unclean Hands)

As a second, separate, and affirmative defense to each and every cause of action alleged in the Complaint, Defendant alleges that each of those causes of action are barred by the doctrine of unclean hands due to Plaintiff's acts and/or omissions.

### THIRD AFFIRMATIVE DEFENSE
### (Contributory Negligence)

As a third, separate, and affirmative defense to each and every cause of action alleged in the Complaint, the relief sought by Plaintiff is barred because any damages suffered by Plaintiff were proximately caused by Plaintiff's conduct, acts or omissions.

### FOURTH AFFIRMATIVE DEFENSE
### (Waiver)

As a fourth, separate, and affirmative defense to each and every cause of action alleged in the Complaint, Defendant alleges that the Complaint is barred by the equitable doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE
### (No Malice)

As a fifth, separate, and affirmative defense to each and every cause of action alleged in the Complaint, Defendant alleges that the award of general damages in the state court judgment does not constitute proof of malicious injury under 11 U.S.C. Section 523(a)(6).

### SIXTH AFFIRMATIVE DEFENSE
### (State Court Judgment Not Subject to Nondischargeability)

As a sixth, separate, and affirmative defense to each and every cause of action alleged in the Complaint, Defendant alleges that the award of general damages in the state court judgment is not subject to nondischargeability under 11 U.S.C. Section 523(a).

### SEVENTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

As a seventh, separate, and affirmative defense to each and every cause of action alleged in the Complaint, Defendant alleges that every cause of action alleged in the Complaint is barred by the Statute of Limitations.

### EIGTH AFFIRMATIVE DEFENSE
### (Waiver)

As an eighth, separate, and affirmative defense to each and every cause of action alleged in the Complaint, Defendant alleges that every cause of action alleged in the Complaint is barred by the application of the doctrine of waiver to the acts, conduct, and representations by Plaintiff.

### NINTH AFFIRMATIVE DEFENSE
### (Reservation of Rights)

As a ninth, separate, and affirmative defense to each and every cause of action alleged in the Complaint, Defendant alleges that he presently has insufficient knowledge or information on which to

form a belief as to whether he may have additional, as yet unstated, affirmative defenses available. Defendant reserves the right to assert additional defenses in the event that discovery indicates they would be appropriate.

**TENTH AFFIRMATIVE DEFENSE**
**(Failure to State a Cause of Action)**

As a tenth, separate, and affirmative defense to each and every cause of action alleged in the Complaint, Defendant alleges the Complaint fails to state facts sufficient to constitute a cause of action against Defendant.

WHEREFORE, Defendant prays that Plaintiff's request for relief be denied in its entirety. Defendant further prays that Defendant's debt to Plaintiff be deemed dischargeable and any other such relief as the Court deems just and proper.

oo0oo

Dated: February 7, 2022

Respectfully Submitted,

/s/ *Geoffrey E. Wiggs*
Geoffrey E. Wiggs
Attorney for Defendant